NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KEVIN L. PERRY,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5037

---

Appeal from the United States Court of Federal Claims in case no. 12-CV-0425, Judge George W. Miller.

---

**ON MOTION**

---

**O R D E R**

Kevin L. Perry, pro se, submits within his appeal a document seeking a writ of mandamus requesting disability compensation from the Department of Veterans Affairs, monetary damages and reimbursement of litigation costs. We treat the submission as a supplemental brief.

Upon consideration thereof,

IT IS ORDERED THAT:

KEVIN PERRY V. US                                                              2

 The supplemental brief will be submitted to the merits panel assigned to the case.

FOR THE COURT


<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk

s26